IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHILDS' VAULT AND MONUMENT CO., etc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv310-T (WO) |
| UNIFIRST CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the joint motion to extend deadlines (Doc. No. 13) is denied.  There is no motion to remand pending in this case.

DONE, this the 20th day of May, 2005.

                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE